HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERBERT E. TOWNSEND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BROOKS SPORTS, INC., a Washington corporation,<br><br>Defendant. | Case No. 2:17-cv-01322-RSM<br><br>**DECLARATION OF JONATHAN T. McMICHAEL IN SUPPORT OF BROOKS SPORTS, INC.'S OPPOSITION TO TOWNSEND'S MOTION FOR AN ORDER UNDER RULE 37(a)(3)(B)(iv) COMPELLING THE PRODUCTION OF DOCUMENTS**<br><br>**NOTE ON MOTION CALENDAR:**<br>Friday, February 16, 2018<br><br>**JURY TRIAL DEMANDED**<br>**ORAL ARGUMENT REQUESTED** |

I, Jonathan T. McMichael, declare as follows:

1. I am an attorney with the law firm of Fenwick & West LLP, and counsel for Defendant Brooks Sports, Inc. ("Brooks") in this action. I submit this declaration in support of Brooks' Opposition to Townsend's Motion for an Order Under Rule 37(a)(3)(B)(iv) Compelling the Production of Documents. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently as to those facts.

2. On January 17, 2018, counsel for Brooks met and conferred via telephone with counsel for Townsend regarding Brooks' responses to Townsend's requests for production. On this call, counsel for Brooks agreed to clarify Brooks' responses and objections to Townsend's requests

McMICHAEL DECL. ISO BROOKS'
OPP'N TO MOTION TO COMPEL            - 1 -
Case No. 2:17-cv-01322-RSM

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

for production.  We also clarified that Brooks was not withholding any documents based on their confidentiality.

3. Attached as **Exhibit A** is a true and correct copy of Brooks' First Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1–42) ("Supplemental Reponses") served on Townsend on January 26, 2018.  Highlighting has been added to indicate portions of Exhibit A cited in Brooks' opposition brief.

4. Attached as **Exhibit B** is a true and correct copy of a letter sent by counsel for Brooks to Steven J. Hampton, counsel for Townsend, on January 24, 2018.  Highlighting has been added to indicate portions of Exhibit B cited in Brooks' opposition brief.

5. Attached as **Exhibit C** is a true and correct copy of the Stipulated Interim Protective Order, agreed to by both parties on August 22, 2017 while this case was pending in the United States District Court for the Middle District of Florida.

6. On October 10, 2017, the parties met and conferred regarding a Joint Status Report and Discovery Plan.  The parties agreed to propose an ESI Order based on the Court's Model Agreement Regarding Discovery of Electronically Stored Information, and subsequently indicated in their Joint Status Report and Discovery Plan that the parties would "adopt an ESI Agreement based on this District's ESI Model Agreement, as modified by the parties, and to preserve and produce ESI pursuant to that Agreement."  Dkt. No. 67 at 3.

7. On December 7, 2017, Brooks provided Townsend with a proposal for an ESI Order based on this District's Model Agreement Regarding Discovery of Electronically Stored Information.

8. On January 8, 2018, Townsend provided Brooks with its edits to Brooks' proposed ESI Order.

9. The following table reflects the number of documents that Brooks has been able to collect from the e-mail mailboxes of three Brooks custodians listed in Townsend's January 8, 2018 proposed ESI Order, as well as the size in gigabytes (GB) of these e-mail mailboxes.  This table does

McMICHAEL DECL. ISO BROOKS'
OPP'N TO MOTION TO COMPEL
Case No. 2:17-cv-01322-RSM
- 2 -
FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE  206.389.4511

not include e-mail which may be inaccessible, or the volume of e-mail for the other custodians listed in Townsend's January 8, 2018 proposed ESI Order.

| Custodian | Total Extracted Documents | Mailbox Size (GB) |
|---|---|---|
| Peter Humphrey | 151,099 | 31 |
| Heidi Chang | 118,044 | 33 |
| Nathan Vaikun | 158,228 | 35 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Queen Creek, Arizona on February 12, 2018.

*s/Jonathan T. McMichael*
Jonathan T. McMichael

McMICHAEL DECL. ISO BROOKS'
OPP'N TO MOTION TO COMPEL    - 3 -
Case No. 2:17-cv-01322-RSM

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

# CERTIFICATE OF SERVICE

I, Elizabeth Mancera, hereby certify that on February 12, 2018, I caused the foregoing **DECLARATION OF JONATHAN T. MCMICHAEL IN SUPPORT OF BROOKS SPORTS, INC.'S OPPOSITION TO TOWNSEND'S MOTION FOR AN ORDER UNDER RULE 37(a)(3)(B)(iv) COMPELLING THE PRODUCTION OF DOCUMENTS** to be served on the following parties as indicated below:

| | |
|---|---|
| **John D. Denkenberger (WSBA No. 25907)**<br>CHRISTENSEN O'CONNOR<br>JOHNSON KINDNESS<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101-3029<br><br>*Attorneys for Plaintiff Herbert E. Townsend* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>    john.denkenberger@cojk.com;<br>    litdoc@cojk.com |
| **Steven J. Hampton (admitted *pro hac vice*)**<br>**Gregory C. Schodde**<br>McANDREWS HELD & MALLOY, LTD.<br>500 West Madison, 34th Floor<br>Chicago, IL 60611<br><br>*Attorneys for Plaintiff Herbert E. Townsend* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>    shampton@mcandrews-ip.com<br>    gschodde@mcandrews-ip.com |

Dated:  February 12, 2018           By: *s/ Elizabeth Mancera*
                                         For Jonathan T. McMichael, WSBA No. 49895
                                         FENWICK & WEST LLP

McMICHAEL DECL. ISO BROOKS'
OPP'N TO MOTION TO COMPEL          - 4 -
Case No. 2:17-cv-01322-RSM

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE  206.389.4511