HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HERBERT E. TOWNSEND, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROOKS SPORTS, INC., a Washington corporation,<br><br>　　　　　Defendant. | Case No. 2:17-cv-01322-RSM<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT BROOKS SPORTS, INC.**<br><br>NOTE ON MOTION CALENDAR:<br>August 21, 2018 |

STIPULATED MOTION AND [PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
No. 2:17-cv-01322-RSM

POLSINELLI LLP
1661 Page Mill Road, Ste. A
Palo Alto, CA 94304
Tel: 650-461-7735

64871173.3

Pursuant to LCR 83.2(b), the parties to this action, by and through their undersigned counsel of record, hereby stipulate to the withdrawal and substitution of counsel for Defendant Brooks Sports, Inc.  Effective upon entry of the subjoined Order, Amy E. Hayden and Jonathan T. McMichael of Fenwick and West LLP will be deemed to have withdrawn and Jessica Andrade of Polsinelli shall be substituted as counsel of record for Defendant Brooks Sports, Inc.  Darren Donnelly will continue on as counsel of record for Defendant Brooks Sports, Inc. at Polsinelli.

Upon entry of the subjoined Order, all future pleadings and papers directed to Defendant Brooks Sports, Inc., shall be served on Darren Donnelly and Jessica Andrade at the following addresses:

> Jessica Andrade, WSBA #39297
> POLSINELLI PC
> 1000 Second Avenue, Suite 3500
> Seattle, WA 98104
> Tel:     206-393-5400
> Email:  jessica.andrade@polsinelli.com
>
> Darren Donnelly (*Admitted Pro Hac Vice*)
> POLSINELLI LLP
> 1661 Page Mill Road, Ste. A
> Palo Alto, CA 94304
> Tel:     650-461-7735
> Email:  ddonnelly@polsinelli.com

DATED this 21st day of August, 2018.

| POLSINELLI PC | POLSINELLI LLP |
|---|---|
| */s/ Jessica Andrade* | */s/ Darren Donnelly* |
| Jessica Andrade, WSBA #39297 | Darren Donnelly (*Admitted Pro Hac Vice*) |
| Attorney for Defendant Brooks Sports, Inc. | Attorney for Defendant Brooks Sports, Inc. |
| | |
| FENWICK & WEST | FENWICK & WEST |
| */s/ Jonathan T. McMichael* | */s/ Amy E. Hayden* |
| Jonathan T. McMichael | Amy E. Hayden (*Admitted Pro Hac Vice*) |
| Withdrawing Attorney for Defendant Brooks Sports, Inc. | Withdrawing Attorney for Defendant Brooks Sports, Inc. |

STIPULATED MOTION AND [PROPOSED] ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 1
No. 2:17-cv-01322-RSM

POLSINELLI LLP
1661 Page Mill Road, Ste. A
Palo Alto, CA 94304
Tel:  650-461-7735

64871173.3

MCANDREWS HELD & MALLOY LTD

*/s/ Steven J. Hampton*
Steven J. Hampton (*Admitted Pro Hac Vice*)
Attorney for Plaintiff
Herbert E. Townsend

### **ORDER**

IT IS SO ORDERED.

DATED this _____ day of August, 2018.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

POLSINELLI PC

*/s/ Jessica M. Andrade*
Jessica M. Andrade
Attorney for Defendant Brooks Sports, Inc.

POLSINELLI LLP

*/s/ Darren Donnelly*
Darren Donnelly (*Admitted Pro Hac Vice*)
Attorney for Defendant Brooks Sports, Inc.

FENWICK & WEST

*/s/ Jonathan T. McMichael*
Jonathan T. McMichael
Withdrawing Attorney for Defendant Brooks Sports, Inc.

FENWICK & WEST

*/s/ Amy E. Hayden*
Amy Hayden (*Admitted Pro Hac Vice*)
Withdrawing Attorney for Defendant Brooks Sports, Inc.

STIPULATED MOTION AND [PROPOSED] ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 2
No. 2:17-cv-01322-RSM

64871173.3

POLSINELLI LLP
1661 Page Mill Road, Ste. A
Palo Alto, CA 94304
Tel:  650-461-7735

1 | MCANDREWS HELD & MALLOY LTD

2 | */s/ Steven J. Hampton*
3 | Steven J. Hampton (*Admitted Pro Hac Vice*)
   | Attorney for Plaintiff Herbert E. Townsend

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED MOTION AND [PROPOSED] ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 3
No. 2:17-cv-01322-RSM

POLSINELLI LLP
1661 Page Mill Road, Ste. A
Palo Alto, CA 94304
Tel:  650-461-7735

64871173.3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 21st day of August, 2018.

                                        /s/ Jessica M. Andrade
                                        Jessica M. Andrade

STIPULATED MOTION AND [PROPOSED] ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 4
No. 2:17-cv-01322-RSM

POLSINELLI LLP
1661 Page Mill Road, Ste. A
Palo Alto, CA 94304
Tel:  650-461-7735

64871173.3