HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HERBERT E. TOWNSEND, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>BROOKS SPORTS, INC., a Washington corporation,<br><br>      Defendant. | Case No. 2:17-cv-01322-RSM<br><br>**JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW OF PATENT-IN-SUIT** |

JOINT STATUS REPORT REGARDING INTER PARTES
REVIEW OF PATENT-IN-SUIT
No. 2:17-cv-01322-RSM

POLSINELLI LLP
1661 Page Mill Road, Ste. A
Palo Alto, CA 94304
Tel: 650-461-7735

1    On April 11, 2018, the Court issued an order granting Defendant Brooks Sports Inc.'s
2 Motion to Stay Pending *Inter Partes* Review.  D.I. 101 (the "Stay Order").
3    Pursuant to ¶ 2 of the Stay Order, the parties now report on the decision of the Patent
4 Trial and Appeal Board ("PTAB") regarding whether to institute *inter partes* review ("IPR"), as
5 follows:
6    On August 14, 2018, the PTAB instituted *inter partes* review of all claims challenged by
7 Defendant Brooks Sports Inc.  The PTAB on that same day set a schedule for dates in the IPR
8 through May 9, 2019.  The PTAB's Institution Decision and Scheduling Order are attached
9 hereto as Exhibits 1 and 2, respectively.
10 DATED this 28th day of August, 2018.
11 Respectfully submitted,

13 POLSINELLI PC                                POLSINELLI LLP

15 */s/ Jessica Andrade*                        */s/ Darren Donnelly*
   Jessica Andrade, WSBA #39297                 Darren Donnelly (*Admitted Pro Hac Vice*)
16 1000 Second Avenue, #3500                    1661 Page Mill Road, Ste. A
   Seattle, WA 98104                            Palo Alto, CA 94304
17 Tel:  (206) 393-05422                        Tel:  (650) 461-7735
   Fax:  (206) 299-9423                         Fax:  650-461-7701
18 Email: jandrade@polsinelli.com                Email: ddonnelly@polsinelli.com

19 Attorney for Defendant Brooks Sports, Inc.   Attorney for Defendant Brooks Sports, Inc.

2

JOINT STATUS REPORT REGARDING INTER PARTES                    POLSINELLI LLP
REVIEW OF PATENT-IN-SUIT                                      1661 Page Mill Road, Ste. A
No. 2:17-cv-01322-RSM                                         Palo Alto, CA 94304
                                                              Tel:  650-461-7735

| | |
|---|---|
| CHRISTENSEN O'CONNOR JOHNSON KINDNESS | MCNDREWS HELD & MALLOY LTD |
| /s/ John D. Denkenberger | /s/ Steven J. Hampton |
| John D. Denkenberger (WSBA No. 25907) | Steven J. Hampton (*Admitted PHV*) |
| 1201 Third Avenue, Suite 3600 | Gregory C. Schodde (*Admitted PHV*) |
| Seattle, WA 98101-3029 | 500 W. Madison Street, 34th Floor |
| Tel: (206) 682-8100 | Chicago, IL 60611 |
| Fax: (206) 224-0779 | Tel:312-775-8000 |
| Email: john.denkenberger@cojk.com | Fax: 312-775-8100 |
| | Email: shampton@mcandrews-ip.com |
| Attorneys for Plaintiff Herbert Townsend | gschodde@mcandrews-ip.com |
| | Attorneys for Plaintiff Herbert Townsend |

JOINT STATUS REPORT REGARDING INTER PARTES
REVIEW OF PATENT-IN-SUIT
No. 2:17-cv-01322-RSM

POLSINELLI LLP
1661 Page Mill Road, Ste. A
Palo Alto, CA 94304
Tel: 650-461-7735

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 28th day of August, 2018.

/s/ *Darren Donnelly*

4
JOINT STATUS REPORT REGARDING INTER PARTES REVIEW OF PATENT-IN-SUIT
No. 2:17-cv-01322-RSM

POLSINELLI LLP
1661 Page Mill Road, Ste. A
Palo Alto, CA 94304
Tel:  650-461-7735